IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Francis Akinro,                                             *        FILED
P.O. Box 23510,                                                      U.S. DISTRICT COURT
                                                                     DISTRICT OF MARYLAND
Baltimore, MD 21203.                                        *
(Full name and address of the plaintiff)                             2010 MAY 19  P 3:34
        Plaintiff(s)
                                                                     CLERK'S OFFICE
                                                                     AT BALTIMORE

        vs.                                         *        BY_____DEPUTY

Avis Car Rental et. al.                                              Civil No.: __L10CV1300__
Baltimore-Washington Int'l Airport,                                  (Leave blank. To be filled in by Court.)
7416 New Ridge Rd,
Hanover, MD 21240                                           *
online@avis.com
(Full name and address of the defendant(s))
        Defendant(s)                                *
                                        ******

## COMPLAINT

1.     Jurisdiction in this case is based on:

        ☐     Diversity (none of the defendants are residents of the state where plaintiff is a resident)

        ☒     Federal question (suit is based upon a federal statute or provision of the United States Constitution)

        ☐     Other (explain) _____

_____

_____

Complaint (Rev. 12/2000)                            1

2. The facts of this case are:

On May 16, 2010 Avis use Adoko Igbe-Iyere, Nigeria, to deny me of my right to rent their car claiming I did not have a good credit. Mrs. Longsworth Iya Lekan together with her tradition medicine of blood of my family blockage me after she combine with the people slaughtering my family and sprinkle of the blood to the road for the blood to killed and hinder me in United States.

3. The relief I want the court to order is:

☒ Damages in the amount of: Eigty hundred and seventy seven trillion Dollars.

☒ An injunction ordering: The Court rule that Avis should removed what prevent me from renting their car and allowed me to rent it it in the future

☒ Other (explain) The court should sentence Mrs Cathleen who is Adoko Ipbe, Nigeria, and claim to be a manager of Avis and her conspirators to life imprison and death penalty base on their aggravated circumstances at the time of the offense.

_____
(original signature of plaintiff)

Professor Francis Akinro
P.O. Box 23510,
Baltimore, MD 21203.
Tel: (410) 961-8227, and
(323) 786-0826.
_____
(address of plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.